```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                                 Case No. 18-00431-HWV
Ronald Keith Workinger                                                 Chapter 13
Lynne Elaine Workinger
         Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0314-1          User: PRatchfor          Page 1 of 1          Date Rcvd: Feb 16, 2018
                              Form ID: asextnd         Total Noticed: 8


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 18, 2018.
db/jdb        +Ronald Keith Workinger,   Lynne Elaine Workinger,   3673 Coventry Court,   York, PA 17406-6608
5019071       +Bureau of Account Management,   3607 Rosemont Avenue,   Suite 502,   Camp Hill, PA 17011-6943
5019072       +Cameo Services,   420 S. Sherman Street,   York, PA 17403-2465
5019074       +First Premier Bank,   3820 N. Louise Avenue,   Sioux Falls, SD 57107-0145
5019075       +Medical Data Systems Inc.,   2001 9th Avenue,   Suite 312,   Vero Beach, FL 32960-6413

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5019073       +E-mail/Text: bankruptcy_notifications@ccsusa.com Feb 16 2018 18:52:01
                Credit Collection Service,   PO Box 607,   Norwood, MA 02062-0607
5019076        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 16 2018 18:51:53       PA Department of Revenue,
                Bankruptcy Division,   P O Box 280946,   Harrisburg, PA 17128-0946
5019077        E-mail/Text: jennifer.chacon@spservicing.com Feb 16 2018 18:52:02
                Select Portfolio Servicing, Inc.,   P O Box 65250,   Salt Lake City, UT 84165-0250
                                                                                              TOTAL: 3

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 18, 2018                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 16, 2018 at the address(es) listed below:
          Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
          James   Warmbrodt    on behalf of Creditor    U.S. Bank, National Association, et. al.
           bkgroup@kmllawgroup.com
          Larry W. Wolf    on behalf of Debtor 1 Ronald Keith Workinger ephillips@larrywwolf.com
          Larry W. Wolf    on behalf of Debtor 2 Lynne Elaine Workinger ephillips@larrywwolf.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 5
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Ronald Keith Workinger
Lynne Elaine Workinger

Debtor(s)

Chapter 13

Case No. 1:18−bk−00431−HWV

## Notice

Notice is hereby given that:

The debtor(s) filed a Chapter 13 Bankruptcy Petition on February 2, 2018.

The debtor(s) filed a Motion to Extend the Automatic Stay in this case. A hearing on this matter has been scheduled for:

| | |
|---|---|
| **United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101** | Date: March 6, 2018<br>Time: 09:30 AM |

Any objection/response to the Motion must be filed and served on the debtor(s) on or before **March 4, 2018**.

If an objection/response is not filed by the objecting deadline and the debtor(s) (has/have) filed an Affidavit setting forth sufficient facts to support the motion and satisfy §362(c)(3) or (c)(4), the Court may grant the motion without conducting a hearing.

If no Affidavit is filed prior to the objecting deadline, or if the Affidavit filed is insufficient to satisfy the terms of 11 U.S.C. §362(c)(3) or (c)(4), or if any objections are filed within the prescribed objecting deadline, a hearing on this matter will be held.

**Consideration of a request to extend/impose the automatic stay must be accomplished within thirty (30) days of the bankruptcy petition filing date. It is the debtor(s)'s responsibility to request expedited consideration of a motion to extend when required.**

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101−1737<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: PRatchford, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: February 16, 2018 |