```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
```

In re:                                                              Case No. 18-00431-HWV
Ronald Keith Workinger                                              Chapter 13
Lynne Elaine Workinger
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1          User: PRatchfor          Page 1 of 1          Date Rcvd: Mar 01, 2018
                              Form ID: ntnew341        Total Noticed: 8

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 03, 2018.
```
db/jdb         +Ronald Keith Workinger,    Lynne Elaine Workinger,    3673 Coventry Court,    York, PA 17406-6608
5019071        +Bureau of Account Management,    3607 Rosemont Avenue,    Suite 502,    Camp Hill, PA 17011-6943
5019072        +Cameo Services,    420 S. Sherman Street,    York, PA 17403-2465
5019074        +First Premier Bank,    3820 N. Louise Avenue,    Sioux Falls, SD 57107-0145
5019075        +Medical Data Systems Inc.,    2001 9th Avenue,    Suite 312,    Vero Beach, FL 32960-6413
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5019073        +E-mail/Text: bankruptcy_notifications@ccsusa.com Mar 01 2018 18:52:50
                 Credit Collection Service,    PO Box 607,    Norwood, MA 02062-0607
5019076         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 01 2018 18:52:31      PA Department of Revenue,
                 Bankruptcy Division,    P O Box 280946,    Harrisburg, PA 17128-0946
5019077         E-mail/Text: jennifer.chacon@spservicing.com Mar 01 2018 18:52:55
                 Select Portfolio Servicing, Inc.,    P O Box 65250,    Salt Lake City, UT 84165-0250
                                                                                              TOTAL: 3
```

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 03, 2018                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 28, 2018 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor   U.S. Bank, National Association, et. al.
               bkgroup@kmllawgroup.com
              Larry W. Wolf    on behalf of Debtor 1 Ronald Keith Workinger ephillips@larrywwolf.com
              Larry W. Wolf    on behalf of Debtor 2 Lynne Elaine Workinger ephillips@larrywwolf.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 5
```

ntnew341 (12/14)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Ronald Keith Workinger
Lynne Elaine Workinger

Chapter 13

Case No. 1:18−bk−00431−HWV

Debtor(s)

## Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors in the above−referenced case has been rescheduled to:

| Ronald Reagan Federal Building, Trustee Hearing Rm, Rm. 1160, 11th Floor, 228 Walnut Street, Harrisburg, PA 17101 | Date: April 12, 2018  Time: 12:00 PM |
|---|---|

**Address of the Bankruptcy Clerk's Office:**
U.S. Bankruptcy Court
Ronald Reagan Federal Building
228 Walnut St, Rm 320
Harrisburg, PA 17101−1737
(717) 901−2800

**For the Court:**
Terrence S. Miller
Clerk of the Bankruptcy Court:
By: PRatchford, Deputy Clerk

Hours Open: Monday − Friday 9:00 AM − 4:00 PM

Date: March 1, 2018