```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                              Case No. 18-00431-HWV
Ronald Keith Workinger                                              Chapter 13
Lynne Elaine Workinger
        Debtors                      **CERTIFICATE OF NOTICE**

District/off: 0314-1           User: PRatchfor             Page 1 of 1              Date Rcvd: Mar 08, 2018
                               Form ID: pdf010             Total Noticed: 8

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 10, 2018.
```
db/jdb         +Ronald Keith Workinger,    Lynne Elaine Workinger,    3673 Coventry Court,    York, PA 17406-6608
5019071        +Bureau of Account Management,    3607 Rosemont Avenue,    Suite 502,    Camp Hill, PA 17011-6943
5019072        +Cameo Services,    420 S. Sherman Street,    York, PA 17403-2465
5019074        +First Premier Bank,    3820 N. Louise Avenue,    Sioux Falls, SD 57107-0145
5019075        +Medical Data Systems Inc.,    2001 9th Avenue,    Suite 312,    Vero Beach, FL 32960-6413
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5019073        +E-mail/Text: bankruptcy_notifications@ccsusa.com Mar 08 2018 19:11:30
                 Credit Collection Service,    PO Box 607,    Norwood, MA 02062-0607
5019076         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 08 2018 19:10:59      PA Department of Revenue,
                 Bankruptcy Division,    P O Box 280946,    Harrisburg, PA 17128-0946
5019077         E-mail/Text: jennifer.chacon@spservicing.com Mar 08 2018 19:11:37
                 Select Portfolio Servicing, Inc.,    P O Box 65250,    Salt Lake City, UT 84165-0250
                                                                                                TOTAL: 3
```

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 10, 2018                                         Signature:  /s/Joseph Speetjens

---

                        **CM/ECF NOTICE OF ELECTRONIC FILING**

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 8, 2018 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor   U.S. Bank, National Association, et. al.
               bkgroup@kmllawgroup.com
              Larry W. Wolf    on behalf of Debtor 1 Ronald Keith Workinger ephillips@larrywwolf.com
              Larry W. Wolf    on behalf of Debtor 2 Lynne Elaine Workinger ephillips@larrywwolf.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                            TOTAL: 5
```

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:  RONALD K. WORKINGER           CASE NO. 1-18-00431
        LYNNE E. WORKINGER
            Debtors                    CHAPTER 13

### ORDER

Upon consideration of Debtors' Motion to Extend the Automatic Stay (the "Motion"), and no objections having been filed it is hereby

**ORDERED** that the Motion is **GRANTED** and the Automatic Stay shall remain in effect as to all creditors until the closing of the above captioned case or further order of this Court.

Dated:  March 06, 2018                By the Court,

                                      _____
                                      Henry W. Van Eck, Bankruptcy Judge (LS)