# KOHL'S

Kohl's Department Stores Inc.  N56 W17000 Ridgewood Drive Menomonee Falls, WI 53051  +1 (262) 703-7000
Lynne Workinger  3673 Coventry Court York, PA 17406

| Name | Company | Associate ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Lynne Workinger | Kohl's Department Stores Inc. | 2568089 | 12/17/2017 | 12/23/2017 | 12/29/2017 | |

| | Gross Pay | Pre Tax Deductions | Associate Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 385.84 | 18.67 | 44.31 | 5.54 | 317.32 |
| YTD | 13,476.74 | 952.17 | 1,535.88 | 238.53 | 10,750.16 |

## Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Credit App Incentive | | | 0 | | 7.00 |
| Holiday | | | 0 | | 248.32 |
| Holiday Worked | | | 0 | | 305.22 |
| Inventory - Indirect | | | 0 | | 290.07 |
| Loss Prevention Incentive | | | 0 | | 30.00 |
| Overtime | 12/17/2017 - 12/23/2017 | 1.08 | 13.905 | 15.03 | 27.56 |
| Referral Bonus | | | 0 | | 25.00 |
| Regular Hourly Earnings | 12/17/2017 - 12/23/2017 | 40 | 9.27 | 370.81 | 12,488.55 |
| Shift Premium $.75 | | | 0 | | 21.62 |
| Taxable Spouse Life | 12/17/2017 - 12/23/2017 | 0 | 0 | 0.15 | 5.92 |
| Training - Indirect | | | 0 | | 33.40 |
| Details Not Displayed | | | | 0.00 | 33.40 |
| Earnings | | | | 385.99 | 13,482.66 |

## Associate Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI - Social Security | 22.77 | 776.89 |
| Medicare | 5.32 | 181.69 |
| Federal Withholding | 0.00 | 6.88 |
| State Tax - PA | 11.28 | 384.68 |
| SUI-Associate Paid - PA | 0.27 | 9.44 |
| City Tax - SPRIN | 3.67 | 125.30 |
| PA LST - SPRIN | 1.00 | 51.00 |
| Associate Taxes | 44.31 | 1,535.88 |

## Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Dental (Fully-Insured (Dental)) | 15.43 | 786.93 |
| Vision | 3.24 | 165.24 |
| Pre Tax Deductions | 18.67 | 952.17 |

## Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Child Life | 0.28 | 14.28 |
| Spouse Life | 2.89 | 120.39 |
| Supplemental Life (AT) | 2.37 | 103.86 |
| Post Tax Deductions | 5.54 | 238.53 |

## Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| ER Paid Employee Assistance Program | | 0.78 |
| Employer Paid Benefits | 0.00 | 0.78 |

## Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 367.32 | 12,530.49 |
| Medicare - Taxable Wages | 367.32 | 12,530.49 |
| Federal Withholding - Taxable Wages | 367.32 | 12,530.49 |

| | Federal | State |
|---|---|---|
| Marital Status | Married | |
| Allowances | 4 | 0 |
| Additional Withholding | 0 | 0 |

## Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Paid Sick Time Off Plan | 0 | 0 | 0 |

## Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| HERITAGE VALLEY FED CU | HERITAGE VALLEY FED CU ******4930 | ******4930 | | 317.32 | USD |

# KOHL'S

Kohl's Department Stores Inc.  N56 W17000 Ridgewood Drive Menomonee Falls, WI 53051  +1 (262) 703-7000
Lynne Workinger  3673 Coventry Court York, PA 17406

| Name | Company | Associate ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Lynne Workinger | Kohl's Department Stores Inc. | 2568089 | 12/10/2017 | 12/16/2017 | 12/22/2017 | |

| | Gross Pay | Pre Tax Deductions | Associate Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 383.43 | 18.67 | 44.05 | 5.54 | 315.17 |
| YTD | 13,090.90 | 933.50 | 1,491.57 | 232.99 | 10,432.84 |

| Earnings | | | | | | Associate Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| Credit App Incentive | | | 0 | | 7.00 | OASDI - Social Security | 22.63 | 754.12 |
| Holiday | | | 0 | | 248.32 | Medicare | 5.30 | 176.37 |
| Holiday Worked | | | 0 | | 305.22 | Federal Withholding | 0.00 | 6.88 |
| Inventory - Indirect | | | 0 | | 290.07 | State Tax - PA | 11.20 | 373.40 |
| Loss Prevention Incentive | | | 0 | | 30.00 | SUI-Associate Paid - PA | 0.27 | 9.17 |
| Overtime | 12/10/2017 - 12/16/2017 | 0.9 | 13.905 | 12.53 | 12.53 | City Tax - SPRIN | 3.65 | 121.63 |
| Referral Bonus | | | 0 | | 25.00 | PA LST - SPRIN | 1.00 | 50.00 |
| Regular Hourly Earnings | 12/10/2017 - 12/16/2017 | 40.01 | 9.27 | 370.90 | 12,117.74 | | | |
| Shift Premium $.75 | | | 0 | | 21.62 | | | |
| Taxable Spouse Life | 12/10/2017 - 12/16/2017 | 0 | 0 | 0.15 | 5.77 | | | |
| Training - Indirect | | | 0 | | 33.40 | | | |
| Details Not Displayed | | | | 0.00 | 33.40 | | | |
| Earnings | | | | 383.58 | 13,096.67 | Associate Taxes | 44.05 | 1,491.57 |

| Pre Tax Deductions | | | Post Tax Deductions | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| Dental (Fully-Insured (Dental)) | 15.43 | 771.50 | Child Life | 0.28 | 14.00 |
| Vision | 3.24 | 162.00 | Spouse Life | 2.89 | 117.50 |
| | | | Supplemental Life (AT) | 2.37 | 101.49 |
| Pre Tax Deductions | 18.67 | 933.50 | Post Tax Deductions | 5.54 | 232.99 |

| Employer Paid Benefits | | | Taxable Wages | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| ER Paid Employee Assistance Program | | 0.78 | OASDI - Taxable Wages | 364.91 | 12,163.17 |
| | | | Medicare - Taxable Wages | 364.91 | 12,163.17 |
| | | | Federal Withholding - Taxable Wages | 364.91 | 12,163.17 |
| Employer Paid Benefits | 0.00 | 0.78 | | | |

| | Federal | State | Absence Plans | | | |
|---|---|---|---|---|---|---|
| Marital Status | Married | | Description | Accrued | Reduced | Available |
| Allowances | 4 | 0 | Paid Sick Time Off Plan | 0 | 0 | 0 |
| Additional Withholding | 0 | 0 | | | | |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount |
| HERITAGE VALLEY FED CU | HERITAGE VALLEY FED CU ******4930 | ******4930 | | 315.17 USD |