IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: RONALD K. WORKINGER        : CASE NO: 1-18-00431
       Debtor

            : CHAPTER 13

CERTIFICATION OF NO PAYMENT ADVICES
PURSUANT TO 11 U.S.C. §521 (a)(B)(iv)

I, **Ronald K. Workinger**, hereby certify that within sixty (60) days before the date of filing the above-captioned bankruptcy petition, I did not receive payment advices (e.g. "pay stubs") as contemplated by 11 U.S.C.§ 521(a)(B)(iv), from any source of employment. I further certify that I received no payment advices during that period because:

\_\_\_    I have been unable to work due to a disability throughout the sixty (60) days immediately proceeding the date of the above-captioned petition.

\_\_\_    I have received no regular income other than Social Security payments throughout the sixty (60) days immediately proceeding the date of the above-captioned petition.

\_\_\_    My sole source of regular employment income throughout the sixty (60) days immediately proceeding the date of the above-captioned has been through self-employment from which I do not receive evidence of wages or a salary at fixed intervals.

**X**    I have been unemployed throughout the sixty (60) days immediately proceeding the date of the above-captioned petition.

\_\_\_    I did not receive payment advices due to factors other than those listed above.
       ( Please explain)

_____

I certify under penalty of perjury that the information provided in this certification is true and correct to the best of my knowledge and belief.

_March 13, 2018Select Portfolio Servicing, Inc._             /s/ **Ronald K. Workinger** __
Date