LOCAL BANKRUPTCY FORM 2016-2(c )

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:   RONALD K. WORKINGER
         LYNNE E. WORKINGER

CHAPTER 13

CASE NO. 1-18-00431

**REQUEST FOR PAYMENT OF CHAPTER 13 COMPENSATION AND EXPENSES**

Instructions: Complete Part A for Payment of the presumptively reasonable fee, as described in L.B.R. 2016-2( c), being paid through a Chapter 13 plan and reimbursement of expenses. Complete Part B for payment of compensation and reimbursement of expenses awarded by separate Court order, Complete Part C for all requests for payment of compensation and reimbursement of expenses.

A. Presumptively reasonable fees under L.B.R. 2016-2(c )
1. Amount agreed to by debtor                                    $ ___4,000.00_____
2. Less amount paid to attorney prior to filing petition         $___ 790.00_____
3. Balance of compensation to be paid through plan
   distributions .                                               $ ___3,210.00_____
4. Expenses advanced to be paid through plan
   distributions  (describe expenses and amount)                 $ _____

B.  Compensation and reimbursement of expenses
    allowed upon application and order under LBR
    2016-2(a).
    1. Retainer received                                    $ _____
    2. Compensation earned prepetition and paid to
       attorney prior to filing petition .                  $ _____
    3. Expenses reimbursed prepetition                      $ _____
    4. Balance in retainer after deduction of prepetition
       compensation and expenses                            $_____
    5. Compensation and expenses approved by the Court
       to be paid through plan distributions less balance in
       client trust account                                 $ _____

C.  The undersigned hereby requests payments through
    the plan for compensation and reimbursement of
    expenses under 11 U.S. C. § 503(b)(2) in the
    following amount based on the information above.       $ ____3,210.00_____


DATED _March 13, 2018_____


/S/ Larry W. Wolf


_____
Larry W. Wolf, Esquire
215 Broadway
Hanover, PA   17331
PH:    717-632-0067
FAX:   717-632-6405
ephillips@larrywwolf.com