UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: RONALD KEITH WORKINGER
LYNNE ELAINE WORKINGER

       Debtor(s)            CHAPTER 13

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
       Movant

vs.

RONALD KEITH WORKINGER          CASE NO: 1-18-00431-HWV
LYNNE ELAINE WORKINGER

       Respondent(s)

## TRUSTEE'S MOTION TO DISMISS CASE

AND NOW, on August 14, 2018, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, by and through his attorney James K. Jones, Esquire, and respectfully represents the following:

1. A Plan was filed on March 13, 2018.

2. A Confirmation hearing was held and an Order was entered on May 30, 2018 directing that an amended plan be filed within thirty (30) days.

3. As of the date of this Motion, an amended plan has not been filed.

4. The delay in filing a confirmable plan in this case is prejudicial to creditors.

WHEREFORE, your Trustee respectfully requests your Honorable Court dismiss the case upon the basis that Debtors have failed to propose a confirmable Plan.

        Respectfully submitted,

        s/ James K. Jones, Esq.
        Id: 39031
        Attorney for Trustee
        Charles J. DeHart, III
        Standing Chapter 13 Trustee
        Ste. A, 8125 Adams Drive
        Hummelstown, PA 17036
        Ph. 717-566-6097
        Fax. 717-566-8313
        eMail: jjones@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: RONALD KEITH WORKINGER
LYNNE ELAINE WORKINGER

CHAPTER 13

Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE

CASE NO: 1-18-00431-HWV

Movant

# NOTICE

NOTICE IS HEREBY GIVEN that Charles J. DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to file a confirmable Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a hearing has been scheduled on this matter for:

| Ronald Reagan Federal Bldg<br>Bankruptcy Courtroom, 3rd Floor<br>228 Walnut Street<br>Harrisburg, PA 17101 | Date: September 12, 2018<br><br>Time: 09:35 AM |
|---|---|

Any objection or response filed must be filed with the Clerk, U.S. Bankruptcy Court and served on the Chapter 13 Trustee.

Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097
Email: dehartstaff@pamd13trustee.com

Dated: August 14, 2018

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: RONALD KEITH WORKINGER<br>LYNNE ELAINE WORKINGER<br><br>Debtor(s)<br><br>CHARLES J. DEHART, III<br>CHAPTER 13 TRUSTEE<br>Movant | CHAPTER 13<br><br>CASE NO: 1-18-00431-HWV |

### CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on August 14, 2018, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties by 1st Class mail, unless served electronically.

LARRY W. WOLF, ESQUIRE　　　　　　　　　Served electronically
215 BROADWAY
HANOVER, PA 17331-

United States Trustee
228 Walnut Street　　　　　　　　　　　　　　Served electronically
Suite 1190
Harrisburg, PA 17101

RONALD KEITH WORKINGER
LYNNE ELAINE WORKINGER
3673 COVENTRY COURT　　　　　　　　　　Served by 1ST class mail
YORK, PA 17406

I certify under penalty of perjury that the foregoing is true and correct.

Date: August 14, 2018　　　　　　　　　　　Vickie Williams
　　　　　　　　　　　　　　　　　　　　　　for Charles J. DeHart, III, Trustee
　　　　　　　　　　　　　　　　　　　　　　Suite A, 8125 Adams Dr.
　　　　　　　　　　　　　　　　　　　　　　Hummelstown, PA 17036
　　　　　　　　　　　　　　　　　　　　　　Phone: (717) 566-6097
　　　　　　　　　　　　　　　　　　　　　　eMail: dehartstaff@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: RONALD KEITH WORKINGER
LYNNE ELAINE WORKINGER

      Debtor(s)

CHAPTER 13

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
      Movant

vs.

RONALD KEITH WORKINGER
LYNNE ELAINE WORKINGER

CASE NO: 1-18-00431-HWV

      Respondent(s)

## ORDER DISMSSING CASE

Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed.