```
                           United States Bankruptcy Court
                           Middle District of Pennsylvania
In re:                                                          Case No. 18-00431-HWV
Ronald Keith Workinger                                          Chapter 7
Lynne Elaine Workinger
        Debtors                  CERTIFICATE OF NOTICE
District/off: 0314-1         User: PRatchfor          Page 1 of 1       Date Rcvd: May 02, 2019
                             Form ID: ntnoshow        Total Noticed: 14


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 04, 2019.
db/jdb         +Ronald Keith Workinger,    Lynne Elaine Workinger,    3673 Coventry Court,    York, PA 17406-6608
5019071        +Bureau of Account Management,    3607 Rosemont Avenue,    Suite 502,    Camp Hill, PA 17011-6943
5019072       #+Cameo Services,    420 S. Sherman Street,    York, PA 17403-2465
5019074        +First Premier Bank,    3820 N. Louise Avenue,    Sioux Falls, SD 57107-0145
5019075        +Medical Data Systems Inc.,    2001 9th Avenue,    Suite 312,    Vero Beach, FL 32960-6413
5048388        +U.S. Bank, National Association, as Trustee, et.al,    PO BOX 65250,
                 Salt Lake City, UT 84165-0250
5163803         Wellspan Health,    P O Box 742688,    Cincinnati, OH  45274-2988
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5019073        +E-mail/Text: bankruptcy_notifications@ccsusa.com May 02 2019 19:24:29
                 Credit Collection Service,    PO Box 607,    Norwood, MA 02062-0607
5046382         E-mail/PDF: resurgentbknotifications@resurgent.com May 02 2019 19:22:43     LVNV Funding,
                 c/o Resurgent Capital Services,    PO BOX 10675,    Greenville, SC 29603-0675
5047468         E-mail/PDF: resurgentbknotifications@resurgent.com May 02 2019 19:33:48
                 LVNV Funding, LLC its successors and assigns as,    assignee of Springleaf Financial,
                 Services Of Indiana, Inc.,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
5019076         E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 02 2019 19:24:11     PA Department of Revenue,
                 Bankruptcy Division,    P O Box 280946,    Harrisburg, PA 17128-0946
5034281         E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 02 2019 19:24:11
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA  17128-0946
5039351        +E-mail/Text: JCAP_BNC_Notices@jcap.com May 02 2019 19:24:19     Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
5019077         E-mail/Text: jennifer.chacon@spservicing.com May 02 2019 19:24:37
                 Select Portfolio Servicing, Inc.,    P O Box 65250,    Salt Lake City, UT 84165-0250
                                                                                               TOTAL: 7

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 04, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 1, 2019 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor   U.S. Bank, National Association, et. al.
               bkgroup@kmllawgroup.com
              Larry W. Wolf    on behalf of Debtor 1 Ronald Keith Workinger ephillips@larrywwolf.com
              Larry W. Wolf    on behalf of Debtor 2 Lynne Elaine Workinger ephillips@larrywwolf.com
              Steven M. Carr (Trustee)    carrtrustee@yahoo.com, pa31@ecfcbis.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 5
```

| UNITED STATES BANKRUPTCY COURT |
| MIDDLE DISTRICT OF PENNSYLVANIA |

In re:

| | |
|---|---|
| Ronald Keith Workinger,<br>**Debtor 1**<br><br>Lynne Elaine Workinger,<br>**Debtor 2** | Chapter  7<br><br>Case No.  1:18−bk−00431−HWV |

## Notice of Intention to Dismiss Bankruptcy Case

Section 343 of the Bankruptcy Code (11 U.S.C. § 343) requires debtors to appear and submit to an examination under oath at the meeting of creditors held under Section 341 of the Bankruptcy Code (11 U.S.C. § 341). The failure to appear at the Section 341 meeting of creditors is grounds for dismissal of the bankruptcy case.

The court's docket indicates that Debtor 1 and Debtor 2 failed to appear at the scheduled Section 341 meeting of creditors. **Accordingly, the Court intends to dismiss the bankruptcy case of Debtor 1 and Debtor 2.**

Any debtor opposing dismissal must file an objection with the Court on or before **May 22, 2019** explaining the failure to appear at each scheduled Section 341 meeting of creditors. Any creditor or party in interest that opposes this dismissal must file an objection with the Court on or before **May 22, 2019**.

**If no objections are filed by May 22, 2019, an Order will be entered dismissing the bankruptcy case of Debtor 1 and Debtor 2.**

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101−1737<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: PRatchford, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: May 2, 2019 |

ntnoshow (07/18)